IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROY LEE McATEER, #147346, | ) |
| RONALD WHITLEY, #208585 | ) |
| | )    2:08CV 178-WKW |
| v. | ) CIVIL ACTION NO. 2:08-CV-167-WKW |
| | ) |
| CHERYL PRICE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Roy Lee McAteer and Ronald Whitley, inmates presently confined at the Bibb County Correctional Facility, filed this 42 U.S.C. § 1983 action challenging the constitutionality of actions taken against them at the aforementioned facility with respect to their registering as sex offenders under the Alabama Community Notification Act, *Ala. Code* 1975 § 15-20-20 et seq. (1975, as amended). However, the Prison Litigation Reform Act of 1996 requires "each individual prisoner to pay the full amount of the required [filing] fee." *Hubbard v. Haley, et al.*, 262 F.3d 1194, 1195 (11th Cir. 2001). Consequently, multiple prisoners are not entitled to enjoin their claims in a single cause of action. *Id.* Accordingly, the Clerk of this court is hereby DIRECTED to:

1. Open two (2) separate civil actions - one for each inmate listed in the style of the instant complaint. The Clerk is advised that the case number of the present cause of action shall be assigned to inmate Roy Lee McAteer.

2. Assign the newly opened case to the Magistrate Judge and District Judge to

which the instant cause of action is assigned.

3. Place the original complaint (Court Doc. No. 1) in the instant case file.

4. Place a copy of the complaint (Court Doc. No. 1) in the newly opened case.

Done this 13th day of March, 2008.

                                            /s/ Susan Russ Walker  
SUSAN RUSS WALKER  
UNITED STATES MAGISTRATE JUDGE