1983 Form

# In the United States District Court
# For the _Middle_ District of Alabama

*(Original)*

RECEIVED
2008 MAR 11 A 9: 34

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

2:08CV178-WKW
2:08-CV-167-WKW

_Roy Lee McAteer 147346_
_Ronald Whitley 208585_

_On Behalf of All Similarly Situated_

(Enter above the full name(s) of the
plaintiff(s) in this action)

v

_Cheryl Price, Warden Bibb Co. Corr. Fac._
_Ron Allen, Commissioner Ala. Dept. of Corr._

(Enter above full name(s) of the
defendant(s) in this action)

I.  Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?  Yes ( )  No ( )

   B. If your answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit
         Plaintiff(s): _Roy Lee McAteer 147346_
         Defendant(s) _Gov. Bob Riley – Troy King – Ala. Dept. of Public Safety_

      2. Court (if Federal Court, name the district; if State Court, name the county)
         _United States District Court – Middle District of Alabama_

      3. Docket Number _2:07-CV-692-WKW_

      4. Name of judge to whom case was assigned _Susan Russ Walker_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

_Still pending_

6. Approximate date of filing lawsuit _August 2007_

7. Approximate date of disposition _____

II. Place of present confinement _Bibb Co. Corr. Facility_

   A. Is there a prisoner grievance procedure in this institution?
      Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
      Yes (✓)   No ( )

   C. If your answer is YES:

      1. What steps did you take? _I wrote letters to various newspapers, members of Alabama's governing body, and prison officials_

      2. What was the result? _None_

   D. If your answer is NO, explain why not? _____

III. Parties
In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A. Name of plaintiff(s) _Roy McAteer 147346_
_565 Bibb Ln. Brent, Al. 35034_
_Ronald Whitley 565 Bibb Ln. Brent, Al. 35034_
Address _All others similarly situated_

In item B. below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Cheryl Price_

is employed as _Warden_

at _Bibb Co. Corr. Facility Brent, Al 35034_

C. Additional Defendants _Ron Allen Commissioner Ala. Dept. of Corrections 301 So. Ripley Street PO Box 301501 Montg., Al. 36130-1501_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet, if necessary.

1. Violation of the Eighth Amendment Prohibition of Cruel and Unusual Punishment.

I, Roy McAteer, am currently incarcerated for the offense of Burglary III with a discharge date of June 3rd 2008. However, I am also subject to Alabama's Community Notification Act (hereinafter CNA) because of conviction for a sex offense in Tuscaloosa Al. in 1988. Three separate times (most recently March 6th) I have been called to see a Mr. Crum and asked to submit information to complete a sex offender worksheet. Specifically I have been asked to submit the actual address at which I will live or reside upon release.

I have made it unequivocally clear that I have
(See Attached)

-3-

_____
_____
_____
_____
_____
_____
_____
_____ *(See Attached)*

V. **RELIEF**

State briefly ~~exactly~~ what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiffs are asking for the following Relief:

1. An order from this Honorable Court directing the defendants to allow inmates who are struggling to comply with CNA's Orders of Conditions unrestricted telephone access and the availability of phonebooks.

2. An order from this Honorable Court enjoining the defendants from using their power to restrain to force inmates who are subject to CNA's Orders *(See Attached)*

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __3-10-08__
            (date)

Roy McAteer 147346
Ronald Ray Whitley 208585

_____
_____
_____
_____

                    Signature(s)

- 4 -

(Grounds For Relief Continued)
no ability to comply with this demand. My deadline is April 18th 2008 as I have been informed. As the defendants are very aware of, I have no money, no friends I can impose upon, and because of the restraints imposed by the defendants, no ability to contact family. I have not lived in Alabama since 1996.

The defendants deny me telephone usage - I do not know anyone I can call collect - I am denied telephone books. I am completely unable under the circumstances to comply with CNA's Order of Conditions but yet am consistently told to do so.

I am experiencing depression, at times suicidal thoughts, am unable to exercise regularly, or to concentrate on any task for extended periods of time. Through the restraints the defendants are exercising over me I am being forced to commit a crime. This, and it does not matter how you cut it, is Cruel and Unusual Punishment in violation of the Constitution of The United States.

2. Violation of The Substantive Component of The 14th Amendment's Due Process Clause.

I am in the custody of the defendants and they are completely aware that on April 18th 2008 I will be subjected to criminal charges because of my inability to comply with the Order of Conditions imposed by Alabama's CNA.

Criminal charges are severe. Felony charges. They entail the irreplaceable loss of untold amount of time out of my life. The defendants have complete control of my life. They tell me when to eat, when to sleep, when to bathe. Every single aspect of my life they control. And they are

completely and unequivocally aware that I am in "grave danger" of losing years "Years" of my life to penal confinement because of my inability to comply with the Orders of Conditions imposed by C.N.A.. But yet "But Yet" even in the face of the knowledge that this danger exists, the defendants, even though they control every aspect of my life, refuse to take any action - or allow me to take any action to avoid this danger.

I (again) am in the defendant's custody and this creates a Special Relationship. The defendants refuse to acknowlede this and are "actively" pushing me straight into the snakepit that I have read about in those lawbooks up there in that law library.

(Relief Continued)
of Conditions to commit crimes.

3. An order from this Honorable Court directing the defendants to compile and make available a list of halfway or transition houses which accept sex offenders. An updated list which has been "verified and confirmed" by the appropriate persons

4. An order from this Honorable Court directing the defendants to provide whatever assistance is required - be it financial, transportational, or orchestration of events - to enable inmates who are subject to CNAs Order of Conditions to avoid imposition of criminal penalties prior to their release from the defendants custody.

5. An order from this Honorable Court directing the defendants that in the event housing cannot be secured for inmates subject to CNAs Order of Conditions prior to their release then the defendants themselves must make such arrangements through the establishment of State financed housing.

6. An order from this Honorable Court directing the defendants to compile and make available to inmates subject to CNAs Orders of Conditions a list of employers in the affected persons area of residence who hire and will employ sex offenders. An updated list which has been "verified and confirmed" by the appropriate persons.

7. An order from this Honorable Court directing the defendants to provide pre-release services to inmates who are subject to CNAs Order of Conditions that are equivalent - in effect - to the pre-release services extended to car thieves, muggers, robbers, burglars, murderers, and drug dealers.

8. An order from this Honorable Court directing the defendants to

compile and make available to inmates who are subject to CNAs Order of Conditions a list of schools - vocational rehabilitation centers - which are not barred from accepting persons with prior sex offenses.

9. An order from this Honorable Court directing the defendants that there does exist a Special Relationship between themselves and those who are in their custody

10. Any and all other relief which this Honorable Court may deem just and proper under the premises.

(Previous Lawsuits Continued)

1. Parties to this previous lawsuit.
   Plaintiff: Roy Lee McAteer 147346
   Defendants: Laura Murdock et. al.
2. Court: United States District Court - Northern District of Alabama
3. Docket Number: 7:07-CV-01418-HGD
4. Name of Judge: Harwell G. Davis III
5. Disposition: Still pending
6. Date of filing 7-30-07

Roy McAteer 147346
565 Bibb Ln.
Brent Al. 35034



Office of The Clerk
U.S. District Court
P.O. Box 711
Montg Al. 36101-0711