IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **RONALD WHITLEY, #208585,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   CASE NO. 2:08-cv-178-WKW |
| | ) |
| **CHERYL PRICE,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 5) in this case to which no timely objections have been made. After an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 5) is ADOPTED;

2. This case is to be TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to the provisions of 28 U. S. C. § 1404. The Clerk of Court is DIRECTED to take all necessary steps to effectuate said transfer.

DONE this 24th day of April, 2008.

                                         /s/  W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE